# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EVELIA Y. RAGSDALE, | ) | Case No. 07 CV 1246 WQH(CAB) |
| Plaintiff, | ) ) | **ORDER ON JOINT MOTION TO EXTEND TIME TO ANSWER COMPLAINT** |
| v. | ) ) | |
| SANSAI USA, INC., | ) ) | |
| Defendant. | ) ) | |

In light of the parties' showing of good cause in their Joint Motion (Doc. # 5) to Extend Time for Defendant SanSai USA, Inc. to answer Plaintiff's Complaint, this Court approves the extension of time for SanSai USA, Inc. to answer this Complaint. SanSai, USA, Inc.'s answer must be filed by September 21, 2007. The joint motion (Doc. # 5) is granted

DATED: September 20, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge