UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIA Y. RAGSDALE,<br><br>Plaintiff,<br><br>v.<br><br>SANSAI USA, INC.,<br><br>Defendant. | Civil No.   07-CV-1246 WQH (CAB)<br><br>**ORDER RE PLAINTIFF'S *EX PARTE* APPLICATION TO BE EXCUSED FROM PERSONAL APPEARANCE AT EARLY NEUTRAL EVALUATION CONFERENCE** |

This case has an Early Neutral Evaluation conference ("ENE") set for October 31, 2007. On October 15, 2007, the chambers received a letter from Plaintiff's counsel requesting, on an *ex parte* basis, that Plaintiff be excused from personal appearance at the ENE or, in the alternative, that the ENE be continued.  Plaintiff has two-year-old triplets and wishes to spend the day of October 31 involved in Halloween activities with her children.  Plaintiff represented that Defendant does not object to her request.

Plaintiff is hereby excused from personal attendance at the ENE.  Plaintiff, however, must be available by telephone during the conference.

**IT IS SO ORDERED.**

DATED:  October 16, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge

1