UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELIA Y. RAGSDALE,<br><br>                              Plaintiff,<br><br>     v.<br><br>SANSAI USA, INC.,<br><br>                              Defendant. | Civil No.   07cv1246-WQH (CAB)<br><br>**ORDER SETTING FILING AND HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT** |

   Based upon the representations of counsel that the parties are ready to file a joint motion for preliminary approval of the class settlement, the Court **HEREBY ORDERS**:

   1. The parties shall file a joint motion for preliminary approval of the class settlement by **February 15, 2008**, which shall include a proposed schedule for issuing the notice of class settlement and for the final fairness hearing;

   2. The hearing for the joint motion for preliminary approval of the class settlement will be held on **March 21, 2008, at 10 a.m.**; and

   3. No appearances are required for the March 21 hearing, unless the Court so instructs.

   **IT IS SO ORDERED**.

DATED:  February 6, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge