NEIMAN & NEIMAN ATTORNEYS AT LAW
Harvey Neiman (Atty. ID 47276)
Shelley Neiman (Atty. ID 243136)
721 ½ Ensanada Court
San Diego, CA 92109
858-864-8372

SHEPHERD FINKELMAN MILLER & SHAH, LLP
Jayne Arnold Goldstein (admitted *pro hac vice*)
1640 Town Center Circle Suite 216
Weston, FL 33327
954-515-0123

**Attorneys for Plaintiff**

FILED
NOV 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Evelia Y. Ragsdale,<br><br>   **Plaintiff,**<br><br>v.<br><br><br>SanSai USA, Inc.<br><br>   **Defendant.** | C.A. No. 07 CV 1246 WQH(CAB)<br><br>**Order Granting Plaintiff's<br>Motion for Award of Attorneys' Fees,<br>Costs and Expenses and Incentive Award**<br><br>Date: October 10, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. William Q. Hayes |

AND NOW, this __14__ day of __November__, 2008, upon consideration of Plaintiff's Motion for Award of Attorneys' Fees, Costs and Expenses and Incentive Award, Memorandum of Points and Authorities and the Declarations of Jayne Arnold Goldstein and Harvey Neiman in support thereof, it is hereby ORDERED that:

 1) Class Counsel shall be awarded $39,000 in attorneys' fees and costs as contemplated by the Settlement and the notice provided to the Class; and

2)   Plaintiff shall be awarded a modest incentive aware in the amount of $1,000 as contemplated by the Settlement and the notice provided to the Class.

NOV 1 4 2008

_____
                                     J.